No. 443. HARDEN MORTGAGE LOAN CO. *v.* COMMISSIONER OF INTERNAL REVENUE. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Geo. E. H. Goodner* and *Scott P. Crampton* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Alvin J. Rockwell,* and *Warren F. Wattles* for respondent.

No. 446. BENSON ET AL., DOING BUSINESS AS PERKINS & CO., *v.* WALLING, ADMINISTRATOR. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Henry H. Oberschelp* for petitioners. *Solicitor General Fahy, Messrs. Douglas B. Maggs, Irving J. Levy,* and *Peter Seitz,* and *Miss Bessie Margolin* for respondent.

No. 465. WAYNE APARTMENTS, INC. ET AL. *v.* MICHIGAN UNEMPLOYMENT COMPENSATION COMMISSION. November 22, 1943. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Alan J. Stone* for petitioners. *Messrs. Herbert J. Rushton,* Attorney General of Michigan, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 473. KRAUSS, TRADING AS AMERICAN CORD & WEBBING CO., *v.* GREENBARG ET AL., TRADING AS KING KARD OVERALL CO. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. B. D. Oliensis* for petitioner.